**FORM 9** (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **In the matter of:**<br>**Samuel Keith Page**<br>**Tency Barrett** | **Case No. 06-33134**<br><br>**Chapter 7**<br><br>**Judge Lawrence S. Walter** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $535.40 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Desigh Homes and Development Company Inc. and Yankee Partners LLC c/o Lowell T. Woods Jr., Esq. 110 North Main St. Dayton, Ohio 45402-1786 | 11 | $535.40 |

Date:  February 5, 2010

/s/Paul H. Spaeth
Paul H. Spaeth, Trustee
7925 Paragon Road, Suite 101
Dayton, Ohio 45459
(937) 223-1655
(937) 223-1656 (fax)
spaethlaw@phslaw.com